UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CT-03117-D-RJ

Deja Vonta Wilson,

                Plaintiff,

       v.

Officer Joshua Smith, et al.,

                Defendants.

**AMENDED CERTIFICATE
OF SERVICE**

## AMENDED CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provides electronic notice to counsel of record as follows:

Sunny Khan Frothingham
North Carolina Prisoner Legal Services
PO Box 25397
Raleigh, NC 27611
919-856-2258
Email: sfrothingham@ncpls.org
*Attorney for Plaintiff*


I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that I will cause the foregoing document to be served on all non-CM/ECF participant(s) by U.S. Mail, postage prepaid, addressed as follows:

Deja Vonta Wilson
0921292
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681

This is the 15th day of January, 2026.

1

/ s/ Sarah M. Varela
                                    Sarah M. Varela
                                    Assistant Attorney General