United States District Court
Eastern District of North Carolina
Western Division
NO. 5:25-CT-3117-D-RJ

FILED
MAY 22 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Deya Vonta Wilson
            Plaintiff

V.

Officer Joshua Smith et al.,
            Defendant

Motion
For
Spoliation Sanctions

Now Comes Deya Vonta Wilson Plaintiff Pro se Filing a Motion for Spoliation Sanctions Pursuant to Federal Rule of Civil Procedure 37(e)(1) and Federal Rule 37(e)(2).

## Statement of facts

Plaintiff Wilson was Stabbed Multiple times while housed a Franklin CC by another offender, In which defendants failed to protect him from assaults by other similarly house offenders. On 4.27.26 plaintiff viewed a partial 6 minute video which only showed the altercation and not the events which lead up to the attack it doesn't even show the defendants walking into the block to physically check to make sure that everything was ok as stated in Request For Admission #17 to

1 of 4

defendant Qumsieh who stated "I did go into F block to look around..." Furthermore if the defendants did go and visually check like they said in the interrogatories and admissions what happened to the camera footage that shows where they were prior, during, and after altercation. The missing camera footage would show more of what really happened so to only show and preserve the footage they wanted to be seen it hurts "prejudiced" my case by trying to show I was at fault or that they did everything they said they did but in fact they didn't. By not showing and preserving the entire footage and much needed camera footage hurts my testimony. We can look back at case "Wall v. Rasnick No 21-6553" as the factual basis of my objection and motion.

"When confronted with the objection of a pro se litigant, we must also be mindful of our responsibility to construe pro se filings liberally". Id in practice, this liberal construction allows courts to recognize claims despite various formal deficiencies such as incorrect labels or lack of cited legal authority. E.g., Castro v. United States, 540 U.S. 375, 381-82, 124 S. Ct. 786, 157 L. Ed. 2d 778 (2003) (explaining that federal courts sometimes "ignore the legal label that a pro se litigant

attaches to a motion" for various reasons such as "to avoid inappropriately stringent application of formal labeling requirements"); Starbuck V. Williamsburg James City Cnty. Sch. Bd. 28 F.4th 529, 534 (4th cir 2022) ("Luke liberally construe complaints even where Pro se plaintiffs do not reference any source of law". (cleaned up) (quoting Booker V. S.C. Dep't of corr., 855 F.3d 533, 540 n.4 (4th cir 2017))).

## In Conclussion

I file this Motion for Spoliation Sanctions Pursuant to Federal Rule of Civil Procedure 37(e)(1) and 37(e)(2) and pray that the court rule in favor of Plaintiff.

Respectfully Submitted this 19th day of May 20 26

Signature
Name Deja Wilson
Address Alexander Correctional Instit
633 Old land fill RD
Taylorsville NC 28681

## Certificate of Service

I hereby certify that I have served the foregoing document upon defendants counsel via USPS as follows:

This 19th day of May 2026.

Jeff Jackson
Attorney General

Sarah M. Varela
Asst. Attorney General
NC. Dep't of Justice
P.O. Box 629
Raleigh NC 27602

Signature _____
Name    Deja Wilson _____
Plaintiff Pro se