UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CT-03117-D-RJ

Deja Vonta Wilson,
                    Plaintiff,

        v.

Officer Joshua Smith, et al.,
                    Defendants.

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

NOW COME Defendants Valerie Qumsieh and Joshua Smith (hereinafter "Defendants"), by and through Undersigned Counsel, and hereby request an extension of time through July 13, 2026, to complete discovery and through August 12, 2026, to file dispositive motions.  In support of this Motion, Defendants show the Court as follows:

1.      On March 20, 2025, Plaintiff filed his Complaint under 42 U.S.C. § 1983 alleging violations of his Eighth and Fourteenth Amendments.  DE-1.

2.      On December 12, 2025, Defendants filed their Answer.  DE-15.

3.      On December 15, 2025, the Court entered its Scheduling Order, which required discovery to be completed by April 14, 2026, and dispositive motions to be filed by May 14, 2026.  DE-16.

4.      On April 13, 2026, Defendants filed a Consent Motion for Extension of the Scheduling Order Deadlines. DE-27.

1

5. On April 14, 2026, the Court granted Defendants' motion, and extended the time to complete discovery to May 13, 2026, and the motions deadline to June 12, 2026. DE-28.

6. On May 8, 2026, Plaintiff filed a Motion for Extension of Time to Complete Discovery, so Plaintiff could file his own discovery motions *pro se*. DE-29.

7. On May 11, 2026, the Court granted Plaintiff's motion, and extended the time to complete discovery to June 12, 2026, and the motions deadline to July 13, 2026. DE-30.

8. On May 12, 2026, NCPLS completed its appointment and is no longer providing representation to Plaintiff in this action. DE-31.

9. On May 22, 2026, Plaintiff, acting *pro se*, filed a Motion for Deposition of a Non-Party Witness (DE-32) and a Motion for Spoilation Sanctions (DE-33).

10. On June 4, 2026, Defendants filed their Responses in Opposition to Plaintiff's Motions. DE-34, 35.

11. On June 5, 2026, Defendants filed a Corrected Response in Opposition to Plaintiff's Motion for Sanctions to include exhibits. DE-36.

12. On June 8, 2026, Plaintiff a Notice of Change of Address. DE-37.

13. That same day, Defendants served Plaintiff with Defendants' Responses in Opposition and filed a Certificate of Service with the Court. DE-38.

2

14. Defendants respectfully request this court extend the discovery and motions deadlines for 30 days while the Motions for Spoilation Sanctions and Deposition of Non-Party Witness are pending. Specifically, Defendants request that the time to complete discovery be extended through July 13, 2026, and the deadline to file dispositive motions be extended through August 12, 2026.

15. Undersigned counsel is filing this motion in good faith and not for any improper purpose.

16. Plaintiff is currently incarcerated as an inmate in the custody of the State of North Carolina, and as such, the undersigned has not contacted him to obtain his position regarding the requested extension of time. However, the undersigned respectfully suggests that Plaintiff will not be prejudiced if the requested extension of time is allowed.

WHEREFORE, for good cause shown, Defendants respectfully request that the Court grant an extension of time through July 13, 2026, to complete discovery and through August 12, 2026, to file dispositive motions.

Respectfully submitted this the 11th day of June, 2026.

JEFF JACKSON
Attorney General

/s/ Sarah M. Varela
Sarah M. Varela (N.C.S.B. No. 62726)
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629

3

Raleigh, North Carolina 27602
Telephone: 919-716-6638
Facsimile: 919-716-6761
svarela@ncdoj.gov

4

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I caused the foregoing document to be served on all non-CM/ECF participant(s) by depositing a copy in the U.S. Mail, postage prepaid, addressed as follows:

> Deja Vonta Wilson
> OPUS No. 0921292
> Lumberton Correctional Institution
> 75 Legend Road
> Lumberton, NC 28359
> *Pro Se Plaintiff*

This the 11th day of June, 2026.

/s/ Sarah M. Varela
Sarah M. Varela
Assistant Attorney General

5