IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CT-3117-D

| | | |
|---|---|---|
| DEJA VONTA WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| OFFICER JOSHUA SMITH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on Defendants' motion to extend case deadlines. [DE-39]. For good cause shown, the motion is allowed and deadlines are extended as follows: the deadline to complete discovery is extended to **Monday, July 13, 2026**; and all motions, except those relating to the admissibility of evidence at trial, shall be filed no later than **Wednesday, August 12, 2026**.

SO ORDERED, this the 15th day of June, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge