UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CT-03117-D-RJ

DEJA VONTA WILSON,
                    Plaintiff,

        v.

OFFICER JOSHUA SMITH, *et al.*,
                    Defendants.

**MOTION FOR
SUMMARY JUDGMENT**

NOW COME Defendants Smith and Qumsieh (collectively, hereinafter "Defendants"), by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move for summary judgment as there exists no genuine issues of material fact which support Plaintiff's claims. In support of this motion, Defendants rely upon the pleadings filed in this case as well as the supporting materials filed herewith, including a Memorandum in Support of this Motion, which includes declarations and exhibits.

Respectfully submitted, this the 12th day of August, 2026.

JEFF JACKSON
Attorney General

/s/ Sarah M. Varela
Sarah M. Varela (N.C.S.B. No. 62726)
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: 919-716-6638
Facsimile: 919-716-6761
svarela@ncdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of

Court using the CM/ECF system, and that I caused the foregoing document to be served

on all non-CM/ECF participant(s) by depositing a copy in the U.S. Mail, postage prepaid,

addressed as follows:

Deja Vonta Wilson
OPUS No. 0921292
Lumberton Correctional Institution
75 Legend Road
Lumberton, NC 28359
*Pro Se Plaintiff*

This the 12th day of August 2026.

/s/ Sarah M. Varela
Sarah M. Varela
Assistant Attorney General