UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CT-03117-D-RJ

DEJA VONTA WILSON,
                    Plaintiff,

v.

OFFICER JOSHUA SMITH, *et al.*,
                    Defendants.

**MOTION TO SEAL**

NOW COMES Defendants Smith and Qumsieh (hereinafter Defendants), by and through Undersigned Counsel, and respectfully request that the Court issue an order to seal Defendants' Memorandum in Support of Motion for Summary Judgment (hereinafter "Memorandum"), Defendants' Statement of Material Facts Not in Dispute (hereinafter "Statement of Facts"), and Defendants' Appendix to Statement of Material Facts Not in Dispute (hereinafter "Appendix"). In support of this Motion, Defendants show the Court as follows:

1.      During discovery, Defendants were provided with documents from the North Carolina Department of Adult Corrections, which are deemed confidential under applicable law.

2.      Defendants produced many of these confidential documents pursuant to the Protective Order, which protects medical records, documents created and

1

maintained by the Department of Adult Corrections, protected health information, and other information potentially embarrassing or invasive of the privacy of a person not a party to this lawsuit.

3. Defendants' Memorandum and the Statement of Facts discuss Plaintiff's medical records. Defendants' Appendix contains confidential medical records as well as documents deemed confidential by state law.

WHEREFORE, for good cause shown, Defendants respectfully request that the Court enter an order sealing the proposed sealed documents.

Respectfully submitted, this the 12th day of August, 2026.

JEFF JACKSON
Attorney General

/s/ Sarah M. Varela
Sarah M. Varela (N.C.S.B. No. 62726)
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: 919-716-6638
Facsimile: 919-716-6761
svarela@ncdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I caused the foregoing document to be served on all non-CM/ECF participant(s) by depositing a copy in the U.S. Mail, postage prepaid, addressed as follows:

> Deja Vonta Wilson
> OPUS No. 0921292
> Lumberton Correctional Institution
> 75 Legend Road
> Lumberton, NC 28359
> *Pro Se Plaintiff*

This the 12th day of August 2026.

/s/ Sarah M. Varela
Sarah M. Varela
Assistant Attorney General