FILED

AUG 18 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ________ DEP CLK

Honorable Clerk 8-13-26

RE: Case # 5:25-ct-03117-D-RJ

How are you I am writing to see if there is any dispositive Motions filed on my case above ie. Summary judgement from Defendants or any relevant updates. Thanks for your prompt response

Sincerely
Deja wilson