UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. 5:25-ct-03117-D-RS

FILED
AUG 31 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ____ DEP CLK

| | |
|---|---|
| DESA VONTA WILSON plaintiff, | |
| V. | PLAINTIFF'S STATEMENT OF |
| OFFICER JOSHUA SMITH, et al., Defendant, | MATERIAL FACTS NOT IN DISPUTE |

NOW comes Desa Vonta wilson plaintiff prose pursuant to Local civil Rule 56.1, to provide plaintiffs' statement of material facts Not in Dispute

1. plaintiff is a convicted felon in the custody of the northcarolina Department of adult corrections [hereinafter "NCDAC"]. see Declaration of prose counsel at 3 [attached to appendix as Exhibit 1].

2. on or about april 18, 2017, plaintiff was found guilty of Attempted Statutory Rape or sex offense of a minor at least six years old and sentenced to approximately eleven to Nineteen years in the custody of NCDAC. Id.

3. on march 6, 2025 plaintiff was incarcerated at Franklin correctional center [hereinafter "Franklin cc"]. Id at 4.

4. on march 6, 2025, NCDAC had policies in place to prohibit threats, assault [and other physical contact] gang activity, and weapon possession. Exhibit 1 at 13.

5. on march 6, 2025 NCDAC had policies in place to allow inmates to request protective custody [also known at protective control or PCON] if they feared for their personal safety. Id. at

6. while incarcerated at Franklin cc and prior to march 6, 2025, plaintiff did requested protected custody, but the Administration ignored his request

7. On march 6, 2025, plaintiff was engaged in a physical altercation with another inmate, Damian santee. Exhibit 1 at 7.

8. Defendant did not make his rounds every 15 minutes required by DOC policies. If Defendant had made his rounds every 15 minutes the altercation between Desa Vonta Wilson and Damian santee.

9. During the altercation, offender santee stabbed plaintiff repeatedly with a home made weapon. Exhibit 1 at 6.

10. As a result of the altercation, plaintiff was taken to the hospital. Exhibit 1 at 4.

11. The CT scan showed a small accumulation of blood around the kidney, and small penetrating wounds around the spine. Exhibit 1 at 12.

12. plaintiff told Defendants Numerous of times the he had received a threat from another inmate and that he was concern for his safety. Exhibit 2.

13. If Defendant would had put plaintiff in protected custody upon his First request for his safety. The altercation between Desa Vonta Wilson [Plaintiff], and Damian santee would never had occurred. Damian santee was not a threat to him but other inmates were.

THIS 24 DAY OF August 2026.

/s/ [signature]
plaintiff's signature
95 Legend Rd
Lumberton, N.C. 28358

7

CERTIFICATE OF SERVICE

this is to certify that the foregoing PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE has been duly served upon the following by placing a copy of same, in the united states mail, postage prepaid, and properly addressed as follows.

Sarah M. Varela
Assistant Attorney General
Northcarolina Department of Justice
P.O. Box 629
Raleigh, N.C. 27602

united states District court
Eastern District of Northcarolina.
P.O. Box 25670
Raleigh, N.C. 27611

THIS 24 DAY OF August 2026.

/s/ [signature]
plaintiff's signature
75 Legend Rd
Lumberton, N.C. 28358