3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. 5:25-CT-03117-D-RJ

FILED

AUG 31 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

| | |
|---|---|
| DESA VONTA WILSON plaintiff, v. | APPENDIX TO STATEMENT |
| OFFICER JOSHUA SMITH, et al, Defendant | OF MATERIAL FACTS |

Now comes Desa Vonta Wilson, plaintiff prose, pursuant to Rule 56.1, to Local civil procedure of Appendix to statement of material Facts.

1. EXHIBIT 1 – Declaration of prose counsel, Desa Vonta Wilson

a. Exhibit A – offender information data

b. Exhibit B – Video of incident

c. Exhibit C – incident Report

D. Exhibit D – Grievance No. 4885-2025-SPDLB-27937

E. Exhibit E – Grievance No. 3100-2025-BBKL1-27948

F. Exhibit F – Plaintiff's medical Record from march 6, 2025 through march 12, 2025

2. EXHIBIT 2 – Declaration of Desa Vonta Wilson

THIS 24 DAY OF August 2026.

/s/ [signature]
plaintiff's signature

DAC NORTH CAROLINA

OPUS Information

**Exhibit 1B**

# Offender Information Screen

Show Side Menu Buttons | Back To Search Screen | Print | Refresh Screen

**DOC Number:** 0921292 **Status:** ACTIVE INMATE **DNA Test:** DOJ RECEIVED
**Name:** WILSON, DEJA **Birth Date:** [redacted]
**SID:** NC1183932A **FBI#:** 537254MC9 **SSN:** [redacted]

Active Inmate Specific Information **# Infractions:** 24 (11/22/2025) **Crime Type:** FELON
**Custody:** CLOSE **Nxt Rev:** **Cur. Loc:** 4870 - ALEXANDER C.I. **Bed:** NPODC009
**Convicted:** 02/25/2015 **Admitted:** 03/06/2015 **SPL:** L2
**Sp. Char:** REGULAR **Control:** REST.HOUS. DISCIPLINARY **Nxt Rev:** 02/19/2026
**Projected Release Date:** 01/15/2029 **Case Manager:** LEWIS, BREANNA L.
**Activity:** RH DISCIPLINARY PURPOSES **Crime:** STAT RAPE/SEX OFFN >= 6 YR (ATTEMPTED)
**Last Movement:** RECEIVED FROM CENTRAL PRISON **On:** 01/06/2026
**Reason:** RETURN FROM TREATMT **PC Analyst:** BREWINGTON, TREVA L.

CURRENT AMY J. CHILD MOLESTER



**SRG:** No

**Victim:** No **Detail/PC:** No
**Alerts:** Yes **Escapes:** No
**Writs:** No **Warrants:** No
**SBM:** No **Conflicts:** No
**MAPP:** No

**Offender's Transfer History**

| Backlog Date or Date Requested | Transfer Reason/ Status | Sending Facility/ Authority | Destination/ Authority | Transfer Date/ Vehicle Type |
|---|---|---|---|---|
| 12/30/2025 (Override) | RET FROM TREAT **Status:** RECEIVED | CENTRAL PRISON HARRISON, FELICIA C. | ALEXANDER CI HINSON, DARREN H. | 01/06/2026 CLOSE CUSTODY VEH |
| 11/26/2025 (Override) | TREATMENT **Status:** RECEIVED | TABOR CI EDWARDS, AMANDA G. | CENTRAL PRISON WHITE, MARQUITA N. | 11/26/2025 CLOSE CUSTODY VEH |
| 04/01/2025 (Override) | FCC **Status:** RECEIVED | CENTRAL PRISON ADAMS, SHEMEEKA L. | TABOR CI TAYLOR, FELECIA N. | 04/11/2025 CLOSE CUSTODY VEH |
| 03/06/2025 (Override) | RESTRCT HOUSNG **Status:** RECEIVED | FRANKLIN CC PITTMAN-BASS, VONITA J. | CENTRAL PRISON BATTON, MARY LYNN | 03/06/2025 SPECIAL VEHICLE |
| 01/14/2025 (Override) | RET FROM RH **Status:** RECEIVED | MARION CI BECKER, MELISSA A. | FRANKLIN CC BULLARD, JOHNATHON | 01/30/2025 REGULAR BUS |
| 01/13/2025 | RET FROM RH **Status:** CANCEL | MARION CI BECKER, MELISSA A. | BECKER, MELISSA A. | REGULAR BUS |
| 12/28/2024 (Override) | AFTER HOURS TRANSFER **Status:** RECEIVED | BURKE CRV WALKER, LAKENZIE R. | MARION CI WALKER, LAKENZIE R. | 12/28/2024 SPECIAL VEHICLE |
| 12/16/2024 (Override) | FCC **Status:** RECEIVED | RICHMOND CI HARRINGTON, TEMIRIAM M | BURKE CRV HINSON, DARREN H. | 12/17/2024 REGULAR BUS |
| 08/05/2024 (Override) | REL FRM CNTROL **Status:** RECEIVED | PAMLICO CI MIDGETTE, THOMAS L. | RICHMOND CI WOMACK, REBECCA L. | 08/22/2024 REGULAR BUS |
| 04/23/2021 (Override) | RHCP **Status:** RECEIVED | TABOR CI EDWARDS, AMANDA G. | PAMLICO CI WOMACK, REBECCA L. | 05/07/2021 SPECIAL VEHICLE |
| 08/18/2020 | DUTY **Status:** CANCEL | TABOR CI COLLINS, MICHELLE D. | COLLINS, MICHELLE D. | REGULAR BUS |
| 06/16/2020 | CLOSED FACIL **Status:** CANCEL | TABOR CI BIZZELL, WANDA M. | BIZZELL, WANDA M. | SPECIAL VEHICLE |
| 12/13/2018 | DUTY **Status:** CANCEL | TABOR CI COLLINS, MICHELLE D. | COLLINS, MICHELLE D. | REGULAR BUS |
| 11/27/2018 | DUTY **Status:** CANCEL | TABOR CI BRYAN-URSO, TRUDY A. | BRYAN-URSO, TRUDY A. | REGULAR BUS |
| 03/23/2018 (Override) | RET FROM TREAT **Status:** RECEIVED | CENTRAL PRISON WILKINS, SANTITA L. | TABOR CI JONES, JENNIFER A. | 04/26/2018 CLOSE CUSTODY VEH |
| 02/06/2018 (Override) | TREATMENT **Status:** RECEIVED | TABOR CI BAYSDEN JR, GEORGE W. | CENTRAL PRISON EASON, ANITA K. | 02/06/2018 CLOSE CUSTODY VEH |
| 12/20/2017 (Override) | DUTY **Status:** RECEIVED | LANESBORO CI GAZOO JR, EDWARD | TABOR CI EASON, ANITA K. | 12/22/2017 CLOSE CUSTODY VEH |
| 05/30/2017 (Override) | PROCESSING **Status:** RECEIVED | CRAVEN CI WHITFORD, BETTY D. | LANESBORO CI EASON, ANITA K. | 06/07/2017 CLOSE CUSTODY BUS |

**Offender Sentence History**

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 05054633 | POSSESSION OF WEAPON ON CAMPUS (PRINCIPAL) | 09/15/2005 | MISD. | CLASS 1 MISDEMEANOR SS |

## Offender Sentence History

**Sentence Type 1:** PROBATION
**Sentence Type 2:** DEPT OF CORR DIV OF PRISONS
**Sentence Type 3:** SUSPENDED SENTENCE

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER 03-001 | 05055375 | SECOND DEGREE TRESPASS (PRINCIPAL) | 10/25/2005 | MISD. | CLASS 3 MISDEMEANOR SS |

**Sentence Number:** 03-001
**Conviction Date:** 01/04/2011
**Punishment Type:** DWI
**Sentence Type 1:** PROBATION
**Sentence Type 2:** SUSPENDED SENTENCE
**Sentence Type 3:** COUNTY JAIL
**Commitment Type:** PROBATION/PAROLE
**County Of Conviction:** DURHAM

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 10059230 | DWI LEVEL 2 (PRINCIPAL) | 09/17/2010 | MISD. | NON CLASS CODE |

### Previous Period of Supervision Record

**Sentence Number:** 02-001
**Conviction Date:** 10/27/2005
**Punishment Type:** COMMUNITY SS (DCC)
**Sentence Type 1:** PROBATION
**Sentence Type 2:** COUNTY JAIL
**Sentence Type 3:** SUSPENDED SENTENCE
**Commitment Type:** PROBATION/PAROLE
**County Of Conviction:** MOORE

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER 01-001 | 05054634 | POSS/CONSUME FORT WINE/LIQUOR (PRINCIPAL) | 09/15/2005 | MISD. | CLASS 1 MISDEMEANOR SS |

**Sentence Number:** 01-001
**Conviction Date:** 10/27/2005
**Punishment Type:** COMMUNITY SS (DCC)
**Sentence Type 1:** PROBATION
**Sentence Type 2:** COUNTY JAIL
**Sentence Type 3:** SUSPENDED SENTENCE
**Commitment Type:** PROBATION/PAROLE
**County Of Conviction:** MOORE

## Offender Sentence History

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 11053269 | KIDNAPPING 2ND DEGREE (PRINCIPAL) | 04/16/2011 | FELON | CLASS E |
| CONSOLIDATED FOR JUDGMENT | 11053270 | KIDNAPPING 2ND DEGREE (PRINCIPAL) | 04/16/2011 | FELON | CLASS E |

**Sentence Number:** BA-002
**Conviction Date:** 05/28/2014
**Service Status:** EXPIRED

**Punishment Type:** POST RELEASE
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Sentence Type 2:** POST RELEASE SENTENCE
**Minimum Term:**

**Commitment Type:** INMATE
**County Of Conviction:** DURHAM
**Sentence Begin Date:** 05/28/2014
**Actual Release Date:** 02/08/2015
**Projected Release Date:** 02/08/2015

**Maximum Term:** 9 MONTHS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER BA*001 | 11053269 | POST RELEASE REVOCATION (PRINCIPAL) | 05/28/2014 | FELON | POST RELEASE REVOC-ATION |

### Most Recent Period of Supervision Record

**Sentence Number:** 05-001
**Conviction Date:** 12/07/2011
**Punishment Type:** INTERMEDIATE SS
**Sentence Type 1:** PROBATION
**Sentence Type 2:** SUSPENDED SENTENCE
**Sentence Type 3:** DEPT OF CORR DIV OF PRISONS
**Sentence Type 4:** SPECIAL PROBATION (SPLIT)

**Commitment Type:** PROBATION/PAROLE
**County Of Conviction:** DURHAM

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 11053269 | KIDNAPPING/ABDUCTION (PRINCIPAL) | 04/16/2011 | FELON | CLASS E |
| CONSOLIDATED FOR JUDGMENT | 11053270 | KIDNAPPING/ABDUCTION (PRINCIPAL) | 04/16/2011 | FELON | CLASS E |

### Previous Period of Supervision Record

**Sentence Number:** 04-001
**Conviction Date:** 01/13/2011
**Punishment Type:** COMMUNITY SS (DCC)

**Commitment Type:** PROBATION/PAROLE
**County Of Conviction:** MOORE

## Offender Sentence History

**Service Status:** EXPIRED
**Sentence Begin Date:** 02/25/2015
**Actual Release Date:** 02/06/2017
**Punishment Type:** POST RELEASE
**Projected Release Date:** 02/06/2017
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Sentence Type 3:** POST RELEASE SENTENCE
**Minimum Term:** 2 YEARS
**Maximum Term:** 3 YEARS 5 MONTHS
**Parole Begin Date:** 02/06/2017
**Parole End Date:** 02/06/2018

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 14077165 | ARSON 1ST DEGREE (ATTEMPTED) | 05/26/2014 | FELON | CLASS E |

**Sentence Number:** BB-002
**Commitment Type:** INMATE
**Conviction Date:** 04/18/2017
**County Of Conviction:** GUILFORD
**Service Status:** ACTIVE
**Sentence Begin Date:** 04/18/2017
**Sentence Status:** CORRECT
**Actual Release Date:**
**Punishment Type:** ACTIVE SS
**Projected Release Date:** 12/30/2028
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Minimum Term:** 11 YEARS 11 MONTHS
**Maximum Term:** 19 YEARS 4 MONTHS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER BB*001 | 16086205 | STAT RAPE/SEX OFFN >= 6 YR (ATTEMPTED) | 09/01/2013 | FELON | CLASS B2 SS |

### Previous Period of Incarceration Record

**Sentence Number:** BA-001
**Commitment Type:** INMATE
**Conviction Date:** 12/07/2011
**County Of Conviction:** DURHAM
**Revocation Docket#:** 11053269
**County Of Revocation:** DURHAM
**Service Status:** EXPIRED
**Sentence Begin Date:** 06/26/2012
**Actual Release Date:** 09/08/2013
**Punishment Type:** POST RELEASE
**Projected Release Date:** 09/08/2013
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Sentence Type 2:** PROBATION REVOCATION
**Sentence Type 3:** POST RELEASE SENTENCE
**Minimum Term:** 1 YEAR 11 MONTHS
**Maximum Term:** 3 YEARS 1 MONTH



**DEJA WILSON**
**Offender ID:** 0921292
**Inmate Status:** ACTIVE
**Probation/Parole/Post Release Status:** INACTIVE
**Gender:** MALE
**Race:** BLACK/AFRICAN AMERICAN
**Ethnic Group:** NOT HISPANIC/LATINO
**Birth Date:** [redacted]
**Age:** [redacted]
**Current Location:** LUMBERTON CI

## Name(s) Of Record

| Last Name | Suffix | First Name | Middle Name | Name Type |
|---|---|---|---|---|
| WILSON | | DEJA | | COMMITTED |
| WILSON | | DEJA | VONTA | COMMITTED |

## Most Recent Incarceration Summary

**Incarceration Status:** ACTIVE
**Conviction Date:** 02/25/2015
**Primary Crime:** STAT RAPE/SEX OFFN >= 6 YR (ATTEMPTED)
**Special Characteristics:** REGULAR
**Admission Date:** 03/06/2015
**Control Status:** REGULAR POPULATION
**Custody Classification:** MEDIUM
**Number Of Infractions:** 24
**Current Location:** LUMBERTON CI
**Last Movement :** RECEIVED FROM ALEXANDER C.I.

**Total Incarceration Term:** 21 YEARS 5 MONTHS 23 DAYS
**Projected Release Date:** 12/30/2028
**Primary Crime Type:** FELON
**Current Status:** FELON
**Admission Facility:** PIEDMONT CI
**Next Control Review:** UNKNOWN
**Next Custody Review:** UNKNOWN
**Last Infraction Date:** 11/22/2025
**Previous Location:** ALEXANDER C.I.
**Last Movement Date:** 06/02/2026

Escapes?: N

## Offender Sentence History

### Most Recent Period of Incarceration Record

**Sentence Number:** BB-001
**Conviction Date:** 02/25/2015
**Commitment Type:** INMATE
**County Of Conviction:** GUILFORD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CT-03117-D-RJ

| | |
|---|---|
| Deja Vonta Wilson,<br>Plaintiff,<br><br>v.<br><br>Officer Joshua Smith, et al.,<br><br>Defendants. | **PLACEHOLDER FOR EXHIBIT 1D** |

This document serves as a placeholder for Exhibit 1D, which is referenced in Exhibit 1, Declaration of Counsel, as Video of Incident.

**SHIFT ACTIVITY SUMMARY**

**(Outline of Daily activities to include significant issues and/or events that occur during the shift)** **Exhibit 1C**

| | | |
|---|---|---|
| Time | Comments | Staff Initials |
| 1500 | All rounds made | VQ |
| 1530 | All rounds made | VQ. |
| 1540 | Code 4 Yard closed | VQ |
| 1600 | 1555 Responded To incident in F Block OC Deployed | VQ |
| 1620 | Special Diet | VQ |
| 1621 | EMS on unit - Lockdown | VQ |
| 1715 | code 4 yard closed | VQ |
| 1720 | code 3 Stop all movement | VQ |
| 1725 | code 2 Count | VQ |
| 1742 | Code 1 Clear | VQ |
| 1800 | 2B Rotation Relieved 1B Rotation of all duties and | — |
| — | Responsibilities. All keys and equipment accounted for. | — |
| — | Oncoming shift briefed on previous events. | [signature] |
| | Relieved by ofc M Brooks and Clifton | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION

## Incident Report

November 24, 2025 09:37

Incident No: 4215-25-81
Facility: FRANKLIN CC
Investigating Officer: PERRY, RICHARD J.
SRG Related: No
Law Enforcement: LAW ENFORCEMENT NOT INVOLVED

Incident Time: 03/06/25 03:55 PM
Reported By: SMITH, JOSHUA E
Reported By Time: 03/06/25 03:56 PM
Status: INVEST COMPLETE

| Seq | Event Type | Time | Location |
|---|---|---|---|
| 10 | Use Of Force Unanticipated | 03/06/25 03:56 PM | DORM/HOUSING UNIT DORM 2 F-BLOCK |
| 20 | Inmate Fighting | 03/06/25 03:55 PM | DORM/HOUSING UNIT DORM 2 F-BLOCK |
| 30 | Injury | 03/06/25 03:55 PM | DORM/HOUSING UNIT DORM 2 F-BLOCK |
| 40 | Evidence Collected | 03/06/25 03:55 PM | DORM/HOUSING UNIT DORM 2 F-BLOCK |

### Investigator Comments

On March 6, 2025, at approximately 15:55 Correctional Officer Joshua Smith was assigned to dorm 2. Officer Smith observed Offenders Damian Santee 1618886 and Deja Wilson 0921292 engaged in a mutual altercation in F-block. Officer Smith stated it appeared that a weapon might have been used due to observing blood on the back of Offender Wilson's shirt. A Code 4 was called, and Officer Smith entered the blocking giving verbal directives for them to stop fighting and they failed to comply. Officer Smith deployed OC pepper spray to both offenders and they separated. Offender Santee was giving an order to step into the hall where he was placed in restraints and Officer Smith placed Offender Wilson in restraints. Additional staff arrived and both offenders were escorted to medical for an evaluation and decontamination. A search of the area was conducted, and a homemade weapon and a combination lock were recovered. The altercation began in the sleeping area and concluded in the dayroom of F-block. Both weapons were stored in the contraband safe.

Facility Compliance Specialist Crystal Tant stated she responded to a code 4 in dorm 2. As she was approaching F block, she observed Offender Santee exiting the block appearing to be pepper sprayed. Ms. Tant instructed Officer Qumsieh to place the offender in restraints and maintain control of him. Officer Qumsieh placed the handcuff on his right wrist but was unable to place the left restraint on, so Ms. Tant placed it on Offender Santee. Ms. Tant escorted Offender Santee to operations. Offender Santee was decontaminated and moved to an area to get fresh air while the other involved offender was being medically assessed due to having priority with his injuries. Offender Santee was afforded an opportunity to flush his eyes a second time after assessment.

Investigator Comments

Correctional Case Manager Erin Patterson responded to the call for assistance in dorm 2. Mrs. Patterson escorted Offender Wilson to operations and assisted him with being decontaminated due to the OC pepper spray. Offender Wilson was given a change of clothes and moved outside to get fresh air.

Offender Santee provided a statement of "no statement".

Offender Wilson stated he was called a racial slur and was threatened by Offender Santee. He stated he went to talk to Offender Santee about the racial slurs when Offender Santee reached down and grabbed a knife. He stated he then grabbed Offender Santee and basically lifted him up and walked him the dayroom while he was being stabbed by Offender Santee. He stated he was the pepper sprayed and locked up for self-defense.

At approximately 16:25 Correctional Officers Donald Macklin Jr and Kevin Avent transported Offender Wilson to Nash General Hospital after medically staff determined he needed further medical attention.

At approximately 19:55 Correctional Officers Detric Perry and Olivia Sweet transported Offender Wilson to ECU Greenville Trauma Center after medical staff at Nash determined he needed further evaluation of the injuries he sustained.

Due to my investigation, I determined that the use of force was in compliance with policy and procedures. Offender Santee and Wilson both received a A10 disciplinary charge due to Offender Wilson needing outside medical attention. Offender Santee was transferred for restrictive housing the same day as the incident and Offender Wilson transferred to restrictive housing after he was discharged from the hospital. Photos were taken of both offenders and video of the incident attached.

## Medical Comments

Registered Nurse Rhonda Montgomery medically assessed Offender Santee. She notated he was alert and orientated. Offender treated per nursing protocol and released to custody. Offender Wilson was medically assessed, and it was determined that he needed further medical care due to the puncture wounds he sustained.

Registered Nurse Michael Majchrowski provided a statement based off HERO notes. Offender Wilson was brought to operations with multiple lacerations and had been sprayed with pepper spray. Offender Wilson received immediate medical attention. Due to Offender Wilson's injuries, he was transported to local emergency room for further evaluation.

## Reviewing Authority Comments

This incident report appears to be complete and will be forward up for final approval

## Facility Approver Comments

Add injury event type.

Add evidence collected event type and link contraband recovered during the

incident. Upload chain of custody forms.

## Regional Director Comments

Report returned to address the following:

Add injury event type.

Add evidence collected event type and link contraband recovered during the incident. Upload chain of custody forms.

K. Hoover

10/30/25

| | | |
|---|---|---|
| Reviewing Auth: TUBBS, DONALD R. | INVEST COMPLETE | 11/18/25 |
| Superintendent: | | |
| Regional Director: | | |

| Participants | | | |
|---|---|---|---|
| Name | Type | Title | Additional Information |
| SANTEE, DAMIAN (1618886) | OFFENDER | | Use of Force by SMITH, JOSHUA E at 03:56 PM<br>Use of Force by TANT, CRYSTAL N. at 03:56 PM |
| WILSON, DEJA (0921292) | OFFENDER | | Use of Force by SMITH, JOSHUA E at 03:56 PM<br>Participant was Injured |
| AVENT, KEVIN E (AKE06) | STAFF | CORR OFFICER II | |
| MACKLIN JR, DONALD E (MDE54) | STAFF | CORR OFFICER II | |
| MAJCHROWSKI, MICHAEL R (MMR48) | STAFF | REGISTERED NURSE | |
| MONTGOMERY, RHONDA L. (MRLX1) | STAFF | LICENSED PRACTICAL NURSE | |
| PATTERSON, ERIN N. (GEN04) | STAFF | ADMIN SPECIALIST II | |
| PERRY,DETRIC LAMAR (PDL52) | STAFF | CORR OFFICER II | |
| QUMSIEH, VALERIE J (QVJ01) | STAFF | CORR OFFICER II | |
| SMITH, JOSHUA E (SJE61) | STAFF | CORR SERGEANT II | Use of Force on WILSON, DEJA at 03:56 PM<br>Use of Force on SANTEE, DAMIAN at 03:56 PM |
| SWEET, OLIVIA T (SOT02) | STAFF | CORR OFFICER II | |
| TANT, CRYSTAL N. (TCN06) | STAFF | PROGRAM COORDINATOR III | Use of Force on SANTEE, DAMIAN at 03:56 PM |

| Use of Force | | | | | |
|---|---|---|---|---|---|
| Staff / Role | Force Type | Inmate | Anticipated | Location | Time |
| SMITH, JOSHUA E(SJE61) INITIAL PARTICIPANT | 1) MECHANICAL RESTRAINTS<br>2) PEPPER SPRAY | WILSON, DEJA (0921292) | N | DORM/HOUSING UNIT<br>DORM 2 F-BLOCK | 03/06/25 03:56 PM |
| SMITH, JOSHUA E(SJE61) INITIAL PARTICIPANT | PEPPER SPRAY | SANTEE, DAMIAN (1618886) | N | DORM/HOUSING UNIT<br>DORM 2 F-BLOCK | 03/06/25 03:56 PM |
| TANT, CRYSTAL N.(TCN06) INITIAL PARTICIPANT | MECHANICAL RESTRAINTS | SANTEE, DAMIAN (1618886) | N | DORM/HOUSING UNIT<br>DORM 2 F-BLOCK | 03/06/25 03:56 PM |

| Notifications | | |
|---|---|---|
| Notification | Who was Notified | Date / Time |
| SUPERINTENDENT ( 14 ) | LOUIS SOUTHALL | 03/06/25 04:05 PM |

| Evidence | | | |
|---|---|---|---|
| Description | Type | Possessed By | Amount |
| Shank and Lock | Weapon / Shank/Puncturing Device | No Possession | 2 EACH |

CERTIFICATE OF SERVICE

this is to certify that the foregoing APPENDIX TO STATEMENT OF MATERIAL FACTS has been duly served upon the following by placing a copy of same in the united states mail, postage prepaid, and properly addressed as follows.

sarah M. Varela
Assistant Attorney General
Northcarolina department of Justice
P.O. Box 629
Raleigh, N.C. 27602

united states District court
Eastern District of Northcarolina
P.O. Box 25670
Raleigh, N.C. 27611

THIS 24 DAY OF AUGUST 2026.

/s/ [signature]
plaintiff's signature
75 Legend Rd
Lumberton, N.C. 28358