Dear Peter A Moore Jr Clerk of Court
11-18-26
RE Wilson v. Joshua Smith Et Al
No. 5:23-CT-3117-D

FILED
NOV 24 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ________ DEP CLK

I am writing you for two things which are listed below one is a notice of my address change

1.) Deja wilson 0921252
Central prison
1300 Western Blvd
Raleigh NC 27606

2.) A Copy of The Court Docket

Thanks
Deja wilson